IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON ZANGARA | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-3928 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | |
| | : | |

# ORDER

AND NOW, this 4th day of September 2024, upon considering defendant's motion to dismiss (DI 71), plaintiff's opposition (DI 79), defendant's reply (DI 81), plaintiff's motion for temporary restraining order and motion for preliminary injunction (DI 77), defendant's opposition (DI 80), plaintiff's reply (DI 82), following oral argument held on May 21, 2024, and for reasons in the accompanying memorandum, it is **ORDERED**:

    1.    Defendant's motion to dismiss (DI 71) is **GRANTED**.

    2.    Plaintiff's motion for temporary restraining order and motion for preliminary injunction (DI 77) is **DENIED**.

    3.    The Clerk of Court shall **close** this case.

_____
MURPHY, J.